IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT 25 PM 1:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cv. No.  03-2952 M1/V |
| CALVIN ~~MARCUS~~ BOYD, ) | |
| Defendant. ) | |

ORDER GRANTING GOVERNMENT'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO
MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION
FILED PURSUANT TO TITLE 28 U.S.C. § 2255

Upon motion of the United States, it appears that the government will need additional time to respond to Petitioner's memorandum. For good cause shown, it is therefore

ORDERED that the United States shall file a response within forty-five (45) days of entrance of this order.

_/s/ Jon P. McCalla_  Oct. 25, 2005
Judge Jon P. McCalla
United States District Court

4

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-25-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:03-CV-02952 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Calvin Boyd
17085-076
P.O. Box 1000
Leavenworth, KA 66048

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT